FILED
CLERK, U.S. DISTRICT COURT
12/14/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: CDO  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>THOMAS EUGENE MADER,<br><br>　　　　Defendant. | CR No. 2:23-cr-00627-GW<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 1542: False Statement in a Passport Application] |

The Grand Jury charges:

[18 U.S.C. § 1542]

On or about August 17, 2015, in Los Angeles County, within the Central District of California, defendant THOMAS EUGENE MADER willfully and knowingly made a false statement in an application for a United States passport, with the intent to induce and secure for his own use the issuance of a passport under the authority of the United States, contrary to the laws regulating the issuance of such passports and the rules prescribed pursuant to such laws, in that, in such application, defendant MADER stated that his name was T.C., that he was born in July 1964, and that his place of birth was Yuma, Arizona, and defendant MADER provided a false social security number,

whereas, in fact, as defendant MADER then knew, his name was not T.C., he was not born in July 1964, his place of birth was not Yuma, Arizona, and the social security number he gave did not belong to him.

A TRUE BILL

/s/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

IAN V. YANNIELLO
Assistant United States Attorney
Deputy Chief, General Crimes Section

SAMUEL J. DIAZ
Assistant United States Attorney
International Narcotics, Money Laundering, & Racketeering Section